IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
| | |
|---|---|
| WALTER PARKER, and GORDON ROY PARKER, | : CIVIL ACTION |
| | : No. 16-2710 |
| *Plaintiff*s, | : |
| | : |
| v. | : |
| | : THE HONORABLE |
| | : C. DARNELL JONES, II |
| FAIRFAX APARTMENTS ASSOCIATES, 4247 FX, Inc., JOYCE PRENTIS, GARY KERSTEIN, MARLA KLEIN KERSTEIN, ALAN H. KLEIN and JOHN DOES #1-10, | : |
| | : ORAL ARGUMENT REQUESTED |
| *Defendants*. | : |

_____

**MOTION OF DEFENDANTS FAIRFAX APARTMENTS ASSOCIATES,
4247 FX, INC., JOYCE PRENTIS, GARY KERSTEIN, MARLA KLEIN-KERSTEIN,
AND ALAN KLEIN TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Fairfax Apartments Associates, 4247 FX, Inc., Joyce Prentis, Gary Kerstein, Marla Klein-Kerstein, and Alan Klein (collectively "Defendants"), through their undersigned counsel, respectfully move this Court for an Order dismissing Plaintiff's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants incorporate the attached Memorandum of Law in Support of their Motion to Dismiss.

Defendants also respectfully request oral argument on their motion.

Respectfully Submitted,

Dated: July 25, 2016
/s/ Daniel P. O'Meara_____
Daniel P. O'Meara (PA ID 53535)
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
p.: 215-772-1500
e.: domeara@mmwr.com

*Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

    I, Daniel P. O'Meara, hereby certify that on this day I electronically filed the foregoing Motion to Dismiss and Memorandum of Law in Support of Defendants' Motion to Dismiss with the Court, and that that a true and correct copy of that Motion was also served on the following by U.S. First Class Mail:

Walter Parker
4247 Locust Street
Apartment 119
Philadelphia, PA 19104

Gordon Parker
4247 Locust Street
Apartment 119
Philadelphia, PA 19104

*Plaintiffs, Pro Se*

Dated: July 25, 2016        By:    /s/ Daniel P. O'Meara, Esq.