IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER PARKER, | : | CIVIL ACTION |
| | : | No. 16-2710 |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | THE HONORABLE |
| | : | C. DARNELL JONES, II |
| FAIRFAX APARTMENTS ASSOCIATES, | : | |
| | : | |
| *Defendant*. | : | |

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT AND FOR PERMISSION TO FILE UNDER SEAL OR *IN CAMERA***

Plaintiff Walter Parker and Defendant Fairfax Apartments Associates hereby move the Court to accept their joint proposed confidential settlement agreement, as further set forth in their Memorandum of Law.

In addition, the parties respectfully request that the Court permit the parties to file the proposed confidential settlement agreement either under seal or for *in camera* review, as the parties have agreed that the terms of the settlement should remain confidential. Should the Court grant the parties' motion to file the proposed agreement under seal, the proposed agreement will be filed as Exhibit A to this Motion.

Respectfully submitted,

ON BEHALF OF PLAINTIFF:

/s/ John A. Gallagher
John A. Gallagher, Esq. (PA ID 61914)
5 Great Valley Parkway, Ste. 210
Malvern, PA 19355
(610) 647-5027
jag@johnagallagher.com

-2-

                    ON BEHALF OF DEFENDANT:

                    /s/ Daniel P. O'Meara_____
Daniel P. O'Meara (PA ID 53535)
Amanda D. Crawford (PA ID 320499)
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109
(215) 772-1500
domeara@mmwr.com

Dated:  August 2 2017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER PARKER, | CIVIL ACTION |
| | No. 16-2710 |
| *Plaintiff*, | |
| v. | |
| | THE HONORABLE |
| | C. DARNELL JONES, II |
| FAIRFAX APARTMENTS ASSOCIATES, | |
| *Defendant*. | |

## CERTIFICATE OF COUNSEL

I, Amanda D. Crawford, hereby certify that this Joint Motion to Approve Settlement Agreement and for Permission to File Under Seal or *In Camera* is uncontested and in fact agreed.

Dated: August 2, 2017            /s/ Amanda D. Crawford
                                 *Attorney for Defendant*