IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER PARKER and<br>GORDON ROY PARKER<br>　　　Plaintiffs,<br><br>　　　v.<br><br>4247 FX, INC., *a Pennsylvania Corporation*;<br>GARY KERSTEIN, *a Pennsylvania Resident*;<br>JOYCE PRENTISS, *a Pennsylvania Resident*;<br>MARLA KLEIN KERSTEIN, *a Pennsylvania Resident*; ALAN H. KLEIN, *a Pennsylvania Resident, in their individual and professional capacities*; FAIRFAX APARTMENTS ASSOCIATES, *a Pennsylvania Corporation*; and, JOHN DOES #1-10<br>　　　Defendants. | :<br><br>:<br><br>:　CIVIL ACTION<br>　NO. 16-2710<br><br>:<br><br>:<br><br>: |

**<u>ORDER</u>**

AND NOW, this 31st day of August, 2017, upon consideration of Plaintiff Gordon Roy Parker's Application to Proceed In Forma Pauperis (Doc. No. 41), it is hereby ORDERED that for the reasons set forth in this Court's Memorandum dated May 12, 2017 (Doc. No. 26) and Order dated and June 21, 2017 (Doc. No. 40), said Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　/s/　C. Darnell Jones,　II　　　J.