IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER PARKER and<br>GORDON ROY PARKER<br>　　Plaintiffs,<br><br>　　v.<br><br>4247 FX, INC., *a Pennsylvania Corporation*;<br>GARY KERSTEIN, *a Pennsylvania Resident*;<br>JOYCE PRENTISS, *a Pennsylvania Resident*;<br>MARLA KLEIN KERSTEIN, *a Pennsylvania Resident*; ALAN H. KLEIN, *a Pennsylvania Resident, in their individual and professional capacities*; FAIRFAX APARTMENTS ASSOCIATES, *a Pennsylvania Corporation*; and, JOHN DOES #1-10<br>　　Defendants. | CIVIL ACTION<br>NO. 16-2710 |

## **ORDER**

AND NOW, this 27th day of October, 2017, upon notification that the issues between Plaintiff and all remaining Defendants have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against said Defendants are DISMISSED with prejudice pursuant to agreement of counsel.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/   C. Darnell Jones, II    J.