IN THE STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| WALTER PARKER, and GORDON ROY PARKER,<br>　　　　　　　　　Plaintiffs<br>　　v.<br>FAIRFAX APARTMENTS ASSOCIATES et al.,<br>　　　　　　　　　Defendants | Case No: 16-cv-2710 CDJ |

## PLAINTIFF GORDON ROY PARKER'S REQUEST FOR JUDGMENT ON A SEPARATE DOCUMENT

FILED
NOV 08 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Plaintiff **Gordon Roy Parker** ("Gordon"), in the above styled action, hereby requests, pursuant to Federal Rule of Civil Procedure 58(d), that judgment in this action be entered on a separate document, pursuant to the requirement of Federal Rule 58(a).

### Memorandum

Rule 58(a) requires that each judgment in a civil action be set forth on a separate document, while Rule 58(d) allows a party to request that such a document be entered by the Clerk.

With the Order of October 27, 2017, dismissing all defendants with prejudice in Walter Parker's claims (by agreement of counsel), this case has now been litigated, and separate judgment is proper. Gordon was dismissed by the Order of May 12, 2017, with reconsideration subsequently denied. All remaining claims were resolved in the Order of October 27, 2017.

This the 6th day of November, 2017.

GORDON ROY PARKER, PRO SE
4247 Locust Street, #119
Philadelphia, PA 19104
(215) 921-4592
Snodgrasspublish@aol.com

IN THE STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WALTER PARKER, and GORDON ROY PARKER,<br><br>Plaintiffs<br>v.<br><br>FAIRFAX APARTMENTS ASSOCIATES et al.,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | FILED<br>NOV 08 2017<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk<br><br>Case No: 16-cv-2710 CDJ |
|---|---|---|

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby attest and certify that I have served a true and correct copy of **Plaintiff's Request For Judgment On A Separate Document** on defense counsel, as follows:

Daniel P. O'Meara
Ogletree Deakins Nash Smoak & Stewart PC
1735 Market Street
Philadelphia, PA 19103
(215) 995-2800
dan.omeara@ogletree.com
**By E-mail (per waiver)**

This the 6th day of November, 2017.

*[signature]*

GORDON ROY PARKER, PRO SE
4247 Locust Street, #119
Philadelphia, PA 19104
(215) 921-4592
Snodgrasspublish@aol.com

## IN THE STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| WALTER PARKER, and GORDON ROY PARKER,<br><br>　　　　　　　　Plaintiffs<br>　　v.<br><br>FAIRFAX APARTMENTS ASSOCIATES et al.,<br>　　　　　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No: 16-cv-2710 CDJ |
|---|---|---|

### ORDER

AND NOW, this ____ day of _____, 2017, in consideration of **Plaintiff's Request for Entry of Judgment on a Separate Document**, it is hereby ORDERED that the Clerk enter and docket judgment consistent with the outcome of this case, on a separate document.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.